**FILED**
Apr 15, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br>　　v.<br><br>DONALD RAY PHELPS, JR.,<br><br>　　　　　　Defendant. | CASE NO. 1:22-MJ-00055-EPG<br><br>UNSEALING ORDER |

　　　Good cause appearing due to the defendant's pending initial appearance in the Eastern District of California on April 15, 2022, it is hereby ordered that the complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: April 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE